IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDWARD McCUSKER | : | NO. 09-771 - 1 |

ORDER

AND NOW, this 4th day of May, 2015, upon consideration of defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Federal Person in Federal Custody (Docket #442) and the government's opposition, thereto, and for the reasons set forth in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability will not issue because the defendant has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.